| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JOSE GUADALUPE LOPEZ-LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-188 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [Proposed] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOSE GUADALUPE LOPEZ-LOPEZ, | ) | DATE: July 12, 2013 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell, Jr. |

JOSE GUADALUPE LOPEZ-LOPEZ by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for June 28, 2013, be continued to July 12, 2013, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review the proposed plea agreement with the defendant and to further investigate and discuss the case with the government.

Counsel agrees that the time from June 19, 2013 through July 12, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: June 19, 2013 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /S/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | JOSE GUADALUPE LOPEZ-LOPEZ |

DATE: June 19, 2013     BENJAMIN B. WAGNER
                        United States Attorney

                        /S/ Matthew C. Bockmon for
                        NIRAV K. DESAI
                        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to July 12, 2013, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from June 19, 2013 up to and including July 12, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  June 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge